UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Gary Esposito, et al.

v.                              Civil No. 11-cv-00402-JL

SDB Investments, Inc.

**ORDER ON JURY SELECTION**

Jury selection in the above-captioned matter will be conducted under the "struck" method and will include attorney-conducted voir dire.  See 28 U.S.C. § 1861 et seq.; Fed. R. Civ. P. 47, 48, 49; L.R. 47.2, 47.3, 48.  It will be conducted as follows:

1.  **Size of jury:  Eight jurors (and no alternates)** will be seated.  Barring excusal pursuant to Rule 47(c), all jurors shall participate in the verdict.  The verdict shall be unanimous and no verdict shall be taken from the jury if its number is reduced to fewer than **six** members unless the parties agree otherwise subject to court approval.

2.  **Standard voir dire:**  Once the jury venire is seated in the courtroom, the court will briefly describe the case, have counsel introduce themselves and their clients, read the names of potential witnesses, and ask the court's "standard" voir dire questions as may be supplemented upon request of the parties.

3.  **Random selection and initial excusals for cause:** During the court's voir dire, the deputy clerk will be randomly drawing 14 jurors.  Upon completion of the voir dire, the deputy clerk will announce the names of all 14 jurors who will come in order and take a seat in the jury box.  The jury clerk will be checking with each juror to see who needs to speak with the judge or who answered

"yes" to any of the questions.   The first juror
with a question will approach side bar for
examination by the court, counsel, and potential
challenge for cause by counsel.  If the juror is
found qualified (that is, not excused for cause),
the juror will resume their seat in the jury box.
If the juror is excused for cause,  the deputy
clerk will then draw another name from the box.
That juror will be asked whether or not he/she
needs to speak with the judge.  If so, that juror
will approach side bar.  If not, that juror will
fill the empty seat in the jury box. This process
will continue until there are 14 qualified jurors.

4.   **Attorney voir dire**:  Counsel will be permitted to
conduct appropriate voir dire of the seated
jurors.  Each party will be limited to a total of
**15 minutes** of voir dire questioning.  The court
will keep track of the elapsed time from the
bench.

5.   **Additional challenges for cause**:  After counsel
have completed voir dire of the seated jurors,
they will have the opportunity to request excusals
for cause **at the bench**.  Another juror's name will
be drawn randomly to replace any juror excused for
cause.  The replacement juror(s) will be
questioned by the court as to "yes" responses to
the original, general voir dire, and if found
qualified, will replace the excused juror(s).
Counsel will be allowed to utilize unused voir
dire time to conduct voir dire of the replacement
juror(s) only.

6.   **Peremptory challenges**:  After all requests for
excusal for cause have been addressed, counsel may
then exercise their peremptory challenges against
the qualified panel.  Each **party** is entitled to
**three** peremptory challenges.

7.   **Empaneling**:  After the peremptory challenges, the
Deputy Clerk will empanel the necessary number of
jurors, **in this case, eight**, and will excuse the
remainder of the jury venire.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  June 26
, 2012

cc:  Richard T. Meehan, Esq.
     Stephen E. Borofsky, Esq.
     Gary M. Burt, Esq.